# Exhibit 5

ENTITY INFORMATION

Search Date and Time: 11/17/2024 5:08:51 PM

Entity Details

Entity Name:
DCI GROUP AZ L.L.C.

Entity ID:
L14862750

Entity Type:
Domestic LLC

Entity Status:
Active

Formation Date:
10/31/2008

Reason for Status:
In Good Standing

Approval Date:
11/4/2008

Status Date:

Original Incorporation Date:
10/31/2008

Life Period:
Perpetual

Business Type:

Last Annual Report Filed:

Domicile State:
Arizona

Annual Report Due Date:

Years Due:

Original Publish Date:
11/20/2008

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

## Statutory Agent Information

**Name:** CT CORPORATION SYSTEM

**Appointed Status:** Active 2/23/2022

**Attention:**

**Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**Agent Last Updated:** 2/23/2022

**E-mail:**

**Attention:**

**Mailing Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**County:** Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | THOMAS J SYNHORST | | 2340 E BEARDSLEY RD #100, PHOENIX, AZ, 85024, USA | 10/31/2008 | 11/4/2008 |
| Manager | TODD W BAUSTERT | | 7713 S 155TH AVE, OMAHA, 68138 | 10/31/2008 | 11/4/2008 |
| Manager | DOUGLAS M GOODYEAR | | 11401 N BLACKHEATH RD, SCOTTSDALE, AZ, 85254, USA | 10/31/2008 | 11/4/2008 |
| Manager | JAMES E MURPHY JR | | 23 MERCY CT, POTMAC, MD, 20854, USA | 10/31/2008 | 11/4/2008 |
| Manager | BRIAN S MCCABE | | 157 SHAKER RD, CANTERBURY, NH, 03224, USA | 10/31/2008 | 11/4/2008 |

< Previous  …  1  2  3  …  Next >   Page 1 of 3, records 1 to 5 of 12   Go to Page

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

## Statutory Agent Information

| Field | Value |
|---|---|
| Name: | CT CORPORATION SYSTEM |
| Appointed Status: | Active 2/23/2022 |
| Attention: | |
| Address: | 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA |
| Agent Last Updated: | 2/23/2022 |
| E-mail: | |
| Attention: | |
| Mailing Address: | 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA |
| County: | Maricopa |

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | JUSTIN M PETERSON | | 5100 WEHAWKEN RD, BETHESDA, MD, 20816, USA | 10/31/2008 | 11/4/2008 |
| Member | TODD W BAUSTERT | | 7713 S 155TH AVE, OMAHA, 68138 | 10/31/2008 | 11/4/2008 |
| Member | THOMAS J SYNHORST | | 2340 E BEARDSLEY RD #100, PHOENIX, AZ, 85024, USA | 10/31/2008 | 11/4/2008 |
| Member | DOUGLAS M GOODYEAR | | 11401 N BLACKHEATH RD, SCOTTSDALE, AZ, 85254, USA | 10/31/2008 | 11/4/2008 |
| Member | BRIAN S MCCABE | | 157 SHAKER RD, CANTERBURY, NH, 03224, USA | 10/31/2008 | 11/4/2008 |

< Previous | … | 1 | 2 | 3 | … | Next > Page 2 of 3, records 6 to 10 of 12    Go to Page

### Statutory Agent Information

**Name:** CT CORPORATION SYSTEM

**Appointed Status:** Active 2/23/2022

**Attention:**

**Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**Agent Last Updated:** 2/23/2022

**E-mail:**

**Attention:**

**Mailing Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**County:** Maricopa

### Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | JAMES E MURPHY JR | | 23 MERCY CT, POTMAC, MD, 20854, USA | 10/31/2008 | 11/4/2008 |
| Member | JUSTIN M PETERSON | | 5100 WEHAWKEN RD, BETHESDA, MD, 20816, USA | 10/31/2008 | 11/4/2008 |

[< Previous] [...] [1] [2] **3** [...] [Next >]   Page 3 of 3, records 11 to 12 of 12    [Go to Page]

### Address

**Attention:** Teresa Valentine
**Address:** 2000 K Street, NW Suite 900, WASHINGTON, DC, 20006, USA
**County:** District of Columbia
**Last Updated:** 2/23/2022

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

Address 

**Attention:** Teresa Valentine

**Address:** 2000 K Street, NW Suite 900, WASHINGTON, DC, 20006, USA

**County:** District of Columbia

**Last Updated:** 2/23/2022

**Entity Principal Office Address**

**Attention:**

**Address:**

**County:**

**Last Updated:**

| Back | Return to Search | | Document History | Name/Restructuring History |
|---|---|---|---|---|
| Return to Results | | | Pending Documents | Microfilm History |

Privacy Policy (http://azcc.gov/privacy-policy) l Contact Us (http://azcc.gov/corporations/corporation-contacts)