**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES, INC., *2953 Bunker Hill Lane, Suite 206, Santa Clara, California 95054,*<br><br>and<br><br>YANGTZE MEMORY TECHNOLOGIES CO., LTD., *No. 88 Weilai 3rd Road, East Lake High-tech Development Zone, Wuhan, Hubei, 430205 China,*<br><br>Plaintiffs,<br><br>v.<br><br>MICRON TECHNOLOGY, INC. *8000 South Federal Way, Boise, Idaho 83716,*<br><br>and<br><br>DCI GROUP AZ, L.L.C., *2000 K Street NW, Washington, D.C. 20006,*<br><br>Defendants. | No. 25-cv-1795-CJN |

**DEFENDANT DCI GROUP AZ, L.L.C.'S
<u>LCvR 26.1 CERTIFICATE</u>**

DCI Group AZ, L.L.C. ("DCI") files this certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for DCI, certify that to the best of my knowledge and belief, there are no parents, subsidiaries, affiliates, or companies which own 10% or more the stock of DCI which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 11, 2025

Respectfully submitted,

*/s/ Dale Giali*
Dale Giali (Bar No. 436514)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile (213) 443-4310

*Counsel of record for DCI Group AZ, L.L.C.*