**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

YANGTZE MEMORY TECHNOLOGIES,
INC., *et al.*,

      *Plaintiffs*,

  v.

MICRON TECHNOLOGY, INC., *et al.*,

      *Defendants*.

Civil Action No. 1:25-cv-01795 (CJN)

**ORDER**

For the reasons given in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Micron's and DCI's Motions to Dismiss, ECF 21; ECF 24, are **GRANTED**; and it is further

**ORDERED** that YMTC's Motion for Leave to File a Sur-Reply, ECF 47, is **DENIED**; and it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

This is a final, appealable Order.

The Clerk of Court is **DIRECTED** to terminate this case.

DATE:  August 13, 2026

CARL J. NICHOLS
United States District Judge

1