**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES, INC. and YANGTZE MEMORY TECHNOLOGIES CO., LTD.<br><br>Plaintiffs,<br>-v.-<br><br>MICRON TECHNOLOGY, INC. and DCI GROUP AZ, L.L.C.,<br><br>Defendants. | Civil Action No. 1:25-cv-01795 (CJN) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiffs Yangtze Memory Technologies, Inc. and Yangtze Memory Technologies Co., Ltd. appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the final Order entered August 13, 2026 (ECF 55), and each and every part thereof.

Dated: August 24, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

*/s/ Robert Schwartz*

Robert Schwartz (D.C. Bar No. 412049)
Aaron Perahia (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
robertschwartz@quinnemanuel.com
aaronperahia@quinnemanuel.com

David Needham (D.C. Bar No. 1017372)
Jaime Lopez (*pro hac vice*)
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
davidneedham@quinnemanuel.com
jaimelopez@quinnemanuel.com

David Eiseman (*pro hac vice*)
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
davideiseman@quinnemanuel.com

Evan Pearson (*pro hac vice*)
300 West Sixth Street, Suite 2010
Austin, Texas 78701-3901
(737) 667-6100
evanpearson@quinnemanuel.com

*Attorneys for Plaintiffs Yangtze Memory Technologies, Inc. and Yangtze Memory Technologies Co., Ltd.*